IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER GARRETT,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00545-KD-N** |
| **OFFICER BRENNING,** *et al.*, ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED**, **ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **4th** day of **May 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**